UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH D. TUCKER,

      Plaintiff,

v.

                                          Case No. 26-cv-10026
                                          Honorable Linda V. Parker

VINDHYA S. JAYAWARDENA,
and RICHARD HARBAUGH

      Defendants.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION, GRANTING PLAINTIFF'S MOTION TO
VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE, AND
DENYING REMAINING MOTIONS AS MOOT**

Plaintiff commenced this pro se prisoner civil rights lawsuit against Defendants on January 6, 2026. Defendants thereafter filed motions to dismiss or for summary judgment (ECF Nos. 13, 14), in response to which Plaintiff moved to voluntarily dismiss his Complaint without prejudice to provide him with the opportunity to administratively exhaust his claims against Defendants (ECF No. 16). Plaintiff also filed a motion to stay. (ECF No. 17.) The matter has been assigned to Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 10.)

On June 9, 2026, Magistrate Judge Stafford issued a report and recommendation ("R&R") recommending that the Court grant Plaintiff's motion to voluntarily dismiss his Complaint and deny as moot the remaining motions.  (ECF No. 19.)  At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.[1]

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion to voluntarily dismiss this action (ECF No. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that the remaining pending motions (ECF Nos. 13, 14, 17) are **DENIED AS MOOT**.

---

[1] Although Plaintiff filed no objections, he did file an Amended Complaint on June 29, 2026, although he acknowledges in the filing that he has not properly exhausted his administrative remedies.  (ECF No. 20.)  Plaintiff did not seek leave or obtain consent from Defendants to file the amended pleading, which he was required to do as Defendants responded to the initial Complaint more than 21 days ago. *See* Fed. R. Civ. P. 15(a)(2).  Therefore, the Court is striking the amended pleading.

2

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint (ECF No. 20), filed in violation of Federal Rule of Civil Procedure 15(a)(2) is **STRICKEN**.  If Plaintiff wishes to pursue his claims against Defendants, he must initiate a new action.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 30, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 30, 2026, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager